UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERRILL LYNCH COMMERCIAL FINANCE CORP., a Delaware corporation,<br><br>　　　　　　PLAINTIFF,<br><br>v.<br><br>MATTHEWS VENTURES HOLDINGS LLC, a Connecticut limited liability company; FIRST HARTFORD CAPITAL CORP., a Connecticut corporation; FIRST WALLINGFORD CAPITAL CORP., a Connecticut corporation and ROBERT V. MATTHEWS,<br><br>　　　　　　DEFENDANTS. | : CIVIL ACTION NO.<br>: 3:08 mc 281 (JCH)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: AUGUST 8, 2008 |

## REGISTRATION OF JUDGMENT

Pursuant to 28 U.S.C. §1963,[1] Merrill Lynch Commercial Finance Corporation ("Plaintiff") hereby registers in this district the judgment entered against Matthews Ventures Holdings LLC, First Hartford Capital Corp., First Wallingford Capital Corp. and Robert V. Matthews ("Defendants") by the United States District Court for the Northern District of Illinois, Eastern Division. On June 26, 2008, a judgment was entered against Defendants and in favor of Plaintiff in the United States District Court for the Northern District of Illinois, Eastern Division in the amount of $2,720,178.13, including Plaintiff's reasonable attorneys' fees and costs of suit in the amount of $34,625.95, with post-judgment interest at the rate of 2.16% (the "Judgment").

---

[1] 28 U.S.C. §1963 provides that "A judgment in an action for the recovery of money . . . entered in any . . . district court . . . may be registered by filing a certified copy of the judgment in

Pursuant to Federal Rules of Appellate Procedure 4 and 26(a)(3), the time for appeal expired on July 28, 2008. No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed, as set forth in the attached Certification of Judgment For Registration in Another District. The Judgment has become final. The undersigned has paid to the Clerk the registration fee.

MERRILL LYNCH COMMERCIAL
FINANCE CORPORATION, a Delaware
corporation,

By _____
Thomas D. Goldberg (ct 04386)
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: (203) 977-7300
Facsimile: (203) 977-7301
Email: tdgoldberg@daypitney.com

---

any other district . . . when the judgment has become final by . . . expiration of the time for appeal."

**UNITED STATES DISTRICT COURT**
EVERETT McKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
CHICAGO, IL 60604

MICHAEL W. DOBBINS
CLERK

OFFICE OF THE CLERK

MERRILL LYNCH COMMERCIAL
FINANCE CORP,

v.

MATTHEWS VENTURES
HOLDINGS LLC etal,

Case No.: 08CV954

3:08 mc 281 (JCH)

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN
## ANOTHER DISTRICT

I, Michael W. Dobbins, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 6/26/2008, as it appears in the records of this court, and that, no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure has not been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on August 5, 2008.

Michael W. Dobbins
Court Administrator

By: David Jozwiak
Deputy Clerk

The motions listed in Rule 4(a) of the Federal Rules of Appellate Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.

CERTIFIED COPY   (Rev. 7/98)

# United States District Court
## Northern District of Illinois
## Eastern Division

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed document(s) is(are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

IN TESTIMONY WHEREOF: I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on

AUG 5 2008

MICHAEL W. DOBBINS, CLERK

By: _____

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERRILL LYNCH COMMERCIAL FINANCE CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEWS VENTURES HOLDINGS LLC, a Connecticut limited liability company; FIRST HARTFORD CAPITAL CORP., a Connecticut corporation; FIRST WALLINGFORD CAPITAL CORP., a Connecticut corporation and ROBERT V. MATTHEWS,<br><br>Defendants. | Case No. 08-C-954<br><br>Honorable Judge Guzman<br>Magistrate Judge Schenkier |

## ENTRY OF JUDGMENT

This matter having come before the Court upon *Plaintiff's Revised Motion for Entry of Judgment and Confession of Judgment*, the parties having been given due and adequate notice, the Court being fully advised of the premises and having considered the pleadings, the motion and exhibits, including Plaintiff's confession of judgment and affidavit as to damages, and the Court having jurisdiction over the parties and subject matter;

IT IS HEREBY ORDERED THAT:

Plaintiff Merrill Lynch Commercial Finance Corp. recover from each of the Defendants Matthews Ventures Holdings LLC, First Hartford Capital Corp., First Wallingford Capital Corp. and Robert V. Matthews, jointly and severally, the amount of $2,720,178.13, including Plaintiff's reasonable attorneys' fees and costs of suit in the amount of $34,625.95, with post-judgment interest at the rate of 2.16%.

Dated: 6/26/08

Hon. Robert A. Guzman
United States District Court Judge

Order Drafted by Plaintiffs
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606-6473
(312) 258-5500 (telephone)
(312) 258-5700 (facsimile)

CH2\2563771.1